UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES JONES #529086,

    Plaintiff,

v.

    Case No: 1:24-cv-256

    HON. ROBERT J. JONKER

UNKNOWN JUAREZ et al.,

    Defendants.
    _____/

### ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 10, 2024, 2024 (ECF No. 17). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 17) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 14) is **GRANTED**. The Court dismisses plaintiff's claims against Defendants Brooke, Harrison, Copeland, Hadden, Giles, Novak, Smith and Kurtz. This case shall proceed with the claims and defendant Juarez.

Dated:   November 4, 2024          /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE